THE STATE EX REL. TUCKER, APPELLANT, *v.* ROGERS, WARDEN, APPELLEE.

[Cite as *State ex rel. Tucker v. Rogers* (1993), 66 Ohio St.3d 36.]

(No. 92–1710—Submitted January 19, 1993—Decided February 24, 1993.)

*Hubert Tucker, Sr., pro se.*

*Per Curiam.* We affirm the decision of the court of appeals. In *In re Hunt* (1976), 46 Ohio St.2d 378, 75 O.O.2d 450, 348 N.E.2d 727, paragraph two of the syllabus, we held that "[a] writ of habeas corpus will ordinarily be denied where there is an adequate remedy in the ordinary course of law." An order revoking probation and imposing sentence is a final, appealable order from which an appeal is routinely taken. See, *e.g., State v. McMullen* (1983), 6 Ohio St.3d 244, 6 OBR 312, 452 N.E.2d 1292; *State v. Walden* (1988), 54 Ohio App.3d 160, 561 N.E.2d 995.

Accordingly, the decision of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.